UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 11 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA )
)
vs. ) Docket No.: 3:04cr180WN-001
)
JIMMY DALE MARTIN )

---

### ORDER TO CHANGE SELF-SURRENDER DATE

Comes now, KEVIN D. WRIGHT, U.S. Probation Officer, before the Honorable Henry T. Wingate, Chief United States District Court Judge, to request a change of self-surrender date in the above-cited case. The original date of self-surrender was June 11, 2006, which is a Sunday. It is respectfully requested the self-surrender date be changed to Monday, June 12, 2006.

Based upon the above information, the Court hereby ORDERS :

**JIMMY DALE MARTIN, Docket Number 3:04cr180WN-001, shall self-surrender to the designated facility by __9:00__ AM on __June 12__, 2006.**

So ORDERED THIS THE __11th__ DAY OF __May__, 2006.

_____
HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT COURT JUDGE