UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FILED JUN 0 8 2006 J. T. NOBLIN, CLERK BY_____ DEPUTY

UNITED STATES OF AMERICA )
)
vs. ) Docket No.: 3:04cr180WN-001
)
JIMMY DALE MARTIN )

ORDER TO CHANGE SELF-SURRENDER DATE

Comes now, KEVIN D. WRIGHT, U.S. Probation Officer, before the Honorable Henry T. Wingate, Chief United States District Court Judge, to request a change of self-surrender date in the above-cited case. The current date of self-surrender is June 12, 2006. It is respectfully requested the self-surrender date be changed to Monday, July 17, 2006, in order to give the defendant ample time to assist federal law enforcement.

Based upon the above information, the Court hereby ORDERS :

**JIMMY DALE MARTIN, Docket Number 3:04cr180WN-001, shall self-surrender to the designated facility by __9:00__ AM on __July 17__, 2006.**

So ORDERED THIS THE __7th__ DAY OF __June__, 2006.

_____
HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT COURT JUDGE