

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:04cr180WN

JIMMY DALE MARTIN                                              DEFENDANT

## ORDER

Before the court is the matter of an Order of this court filed under seal which reduced the sentence of the defendant Jimmy Dale Martin on February 8, 2007 [**Docket No. 46**]. This court hereby directs that the record be unsealed by the Clerk of the Court for the purpose of making a copy of this Order and providing said copy to the Federal Bureau of Prisons Designation and Sentence Computation Center, U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas, 75051, ATTN: Dedra McDonald. The Clerk of the Court is further directed to provide a tele-fax copy of the Order to Dedra McDonald at (972) 595-3152.

SO ORDERED this the 27th day of June, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE